# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY**<br>**ONE PARK CIRCLE**<br>**WESTFIELD CENTER, OH 44251**<br><br>**PLAINTIFF**<br><br>v.<br><br>**SHAVONNE BASS**<br>**105 FENLEY AVENUE**<br>**APARTMENT Q3**<br>**LOUISVILLE, KY 40207**<br><br>**DEFENDANT** | **CASE NO.: 3:23-CV-00087-GNS**<br>**THE HONORABLE GREG N. STIVERS**<br><br>**JURY DEMAND**<br>**ENDORSED HEREON** |

## AGREED ORDER OF DISMISSAL

By agreement of the parties (as indicated by the signature of their respective attorneys below), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims of Plaintiff, Westfield Insurance Company, asserted against Shavonne Bass are hereby dismissed in their entirety without prejudice, with each party to bear its own costs.

This is a final and appealable order; there being no just cause for delay in its entry.

*[Signature]*
Greg N. Stivers, Chief Judge
United States District Court

August 9, 2023

HAVE SEEN AND AGREED:

*/s/ Matthew Connolly*
Matthew Connolly
de LUCA LEVINE LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
(215) 310-5222
mconnolly@delucalevine.com

Maureen C. Malles
STURGILL TURNER
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
(859) 255-8581
mmalles@sturgillturner.com
*Counsel for Plaintiff*

*/s/ Eric A. Hamilton*
Eric A. Hamilton
COLEMAN LOCHMILLER & BOND
2907 Ring Road
Elizabethtown, Kentucky 42702-1177
(270) 737-0600
ehamilton@clblegal.com
*Counsel for Defendant, Shavonne Bass.*